UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRELL TRAYSHAWN JOHNSON,

    Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

    Respondent.

Case No. 19-1068-TSZ

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, Plaintiff's objections thereto, docket no. 9, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) This action is DISMISSED without prejudice for failure to exhaust state-court remedies.

(3) A certificate of appealability is DENIED as to all claims raised in the petition. *See* 28 U.S.C. § 2253(c)(2); *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

ORDER OF DISMISSAL - 1

(4)     The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 26th day of September, 2019.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL - 2